UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                   :
MAIROBY HERNANDEZ,                     :

                    Plaintiff,               :
                                                   :      23 Civ. 6796 (JPC)
        -v-                                   :
                                                   :      <u>ORDER</u>
RAREESSENCE, LLC,                        :

                  Defendant.            :
                                                   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 15, 2023, Plaintiff served Defendant with copies of the Summons and Complaint.  Dkt. 5.  Defendant's deadline to respond to the Complaint was September 5, 2023, *see* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant.  Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until October 24, 2023.  If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by October 31, 2023.

      SO ORDERED.

Dated: October 17, 2023
       New York, New York                                  JOHN P. CRONAN
                                                                 United States District Judge